ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAMS STORAGE WAREHOUSE COMPANY v. GENERAL MOTORS ACCEPTANCE CORPORATION.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SAMUEL B. POLLAK v. PORT MORRIS BANK.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVID L. MOSS & CO., INC., v. SAMUEL KADNER.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN DONOHUE and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MME. FRANCES, INC., v. ALICE JOYCE REGAN.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STANLEY M. LAZARUS v. FRANCIS L. WELLMAN and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

J. LESTER MILLER and Another v. HAROLD H. JACKSON and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EZRA HUDSON v. UNITED FRUIT COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM GRAFF and LOUIS LEON. — Motion denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NATHAN GLICKMAN v. PHILIP SCHARF.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ALFRED H. NEWBURGER and Others v. JACOB J. LUBELL.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CONSOLIDATED EXPANDED METAL COMPANIES v. DREIER IRON WORKS, INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CONRON BROS. COMPANY v. 500 WEST 14TH STREET REALTY CO., INC., and Others, Impleaded with FRANK HARDART.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GOTHAM MUSIC SERVICE, INC., and Another v. DENTON AND HASKINS MUSIC PUBLISHING CO., INC.*— Motion for leave to appeal to the Court of Appeals denied. Motion in other respects granted; order entered April 22, 1931, reversed, with ten dollars costs and disbursements, and motion to resettle interlocutory judgment granted, with ten dollars costs. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GEORGE B. WARNER, as Executor and Trustee, etc., v. JOHN J. DEMPSEY, Individually, and as Executor and Trustee, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRIEDA SCHAFFRAN v. THE PRESS PUBLISHING COMPANY.— Motion denied,

---

* Appeal dismissed, 257 N. Y. 623.